UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| OLD WEST ANNUITY AND LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE APOLLO GROUP, a California corporation; HANS W. SCHULTZ, Trustee of the Schultz Family Trust, Dated 1-1-88; TRAVEL AMERICA, INC., a Delaware corporation; TENANT 1; TENANT 2; TENANT 3; and TENANT 4,<br><br>Defendants.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THE APOLLO GROUP, OLD WEST ANNUITY AND LIFE INSURANCE COMPANY, GUARDIAN CREDIT CORPORATION, STEVEN M. WALDMAN, PATRICIA M. WALDMAN, and LAKE COUNTY, FLORIDA,<br><br>Defendants.<br>_____ | Case No. 03-CV-354 |

**ORDER DISCHARGING RECEIVER AND RELEASE BOND**

*1*

This matter came before the Court upon the Motion to Discharge Receiver filed by Plaintiff in the original action, and Counter-Defendant, Old West Annuity and Life Insurance Company ("Old West") to discharge the Receiver, Michael Nanosky ("Receiver") and release the $50,00 receiver's bond posted by him (the "Motion"). The Court finds as follows:

After the automatic stay was terminated, Old West restarted the foreclosure action and moved for the appointment of a receiver for the collateral being foreclosed in this action (the "Collateral"). This Court granted Old West's motion and the Receiver was appointed over the Collateral on March 29, 2004 pursuant to an Order Appointing Receiver. On April 1, 2004, the Receiver obtained a Receiver's Bond in the amount of $50,000.00 ("Bond").

On December 12, 2004, this Court entered an Order authorizing a sale of the Collateral, and the Collateral was sold on December 23, 2004. At that time the buyer thereafter assumed possession and control of the Collateral, and the Receiver ceased exercising control over the Collateral under the Order Appointing Receiver. Consequently, it is appropriate for this Court to discharge the Receiver and release the Bond. The Receiver has filed a final report on January 18, 2005, amended March 1, 2005. No objections have been filed to any of the Receiver's reports.

It is therefore Ordered, Adjudged and Decreed that Michael Nanofsky is hereby discharged as Receiver of the Collateral and the Clerk of the Court is authorized and directed to release the $50,000 Receiver's Bond posted by the Receiver.

*[signature]*
W. Terrell Hodges
Senior United States District Judge

4-26-05